**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| PAULETTE LAWRENCE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUMEXA IMAGING, INC.,<br><br>Defendant. | Case No. 5:26-cv-00339-FL |
| CARL ELLISON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUMEXA IMAGING, INC.,<br><br>Defendant. | Case No. 5:26-cv-00340-FL |
| JASON MORENO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUMEXA IMAGING, INC.,<br><br>Defendant. | Case No. 5:26-cv-00341-BO-RN |

**MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CO-LEAD CLASS COUNSEL AND INTERIM LIAISON COUNSEL**

Plaintiffs Paulette Lawrence, Carl Ellison, and Jason Moreno (collectively "Plaintiffs") pursuant to Fed. R. Civ. P. 42(a), move for the consolidation of their actions, pursuant to Fed. R. Civ. P. 23(g), and for the appointment of: Jeff Ostrow of Kopelowitz Ostrow, P.A. and Mariya Weekes of Milberg, PLLC, as Interim Co-Lead Class Counsel and Scott Harris of Bryson Harris Suciu Demay, PLLC as Interim Liaison Counsel ("Motion"). For the reasons stated in the accompanying memorandum filed contemporaneously herewith, the Court should grant the Motion, consolidate the three actions and appoint Interim Co-Lead Class Counsel and Interim Liaison Counsel.

Dated: May 21, 2026

Respectfully submitted,


*/s/ Scott Harris*
Scott C. Harris (N.C. Bar No.: 35328)
S. Michael Dunn (N.C. Bar No.: 47713)
**BRYSON HARRIS, SUCIU & DEMAY PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
sharris@brysonpllc.com
mdunn@brysonpllc.com

Mariya Weekes*
**MILBERG, PLLC**
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
Tel: (866) 252-0878
mweekes@milberg.com

Jeff Ostrow*
**KOPELOWITZ OSTROW P.A.**
One W Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 323-4200
ostrow@kolawyers.com

James E. Cecchi*
Jason H. Alperstein*
**CARELLA BYRNE CECCHI BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com
jalperstein@carellabyrne.com

*Counsel for Plaintiffs and the Proposed Class*

**pro hac vice* admission forthcoming

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CO-LEAD CLASS COUNSEL AND INTERIM LIAISON COUNSEL** was filed using the CM/ECF document filing service which will electronically send notice of the filing to counsel on record.

Dated: May 21, 2026

*/s/ Scott Harris*
Scott C. Harris (N.C. Bar No.: 35328)
S. Michael Dunn (N.C. Bar No.: 47713)
**BRYSON HARRIS, SUCIU & DEMAY PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
sharris@brysonpllc.com
mdunn@brysonpllc.com

*Attorneys for Plaintiffs*