**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

| | |
|---|---|
| *In re Lumexa Imaging Data Breach Litigation* | **Lead Case No.: 5:26-cv-00339-BO** |

**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY CASE**

Plaintiffs Aaron Ault, Richard Freiberg, Brandon James, Rosemary Jones, Jayson Moreno, and Rebecca Ortega and Defendant Lumexa Imaging, Inc. (together, the "Parties") hereby notify the Court that they have reached an agreement in principle on the material terms of a classwide settlement that, if approved, will resolve and release all claims in this action. The settlement is conditioned upon the Parties execution of a written settlement agreement, which will be the subject of Plaintiffs' Unopposed Motion for Preliminary Approval expected to be filed within sixty days of the filing of this notice, up to and including January 15, 2027. Based on the foregoing, the Parties respectfully request that the Court stay all deadlines and proceedings in this action pending the Court's consideration of the proposed settlement.

Dated: November 16, 2026

Respectfully submitted,

*/s/ Amanda P. Nitto*
Amanda P. Nitto (N.C. Bar No. 45158)
**ROBINSON, BRADSHAW & HINSON, P.A.**
600 S. Tryon Street, Suite 2300 Charlotte, NC 28202
Tele: (704) 377-2536
Fax: (704) 378-4000
anitto@rbh.com

*/s/ Scott C. Harris*
Scott C. Harris (N.C. Bar No.: 35328)
**BRYSON HARRIS SUCIU & DEMAY PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Tel: (919) 600-5000
Fax: (919) 600-5035
sharris@brysonpllc.com
Local Civil Rule 83.1(d) Attorney for Plaintiffs

Preetha L. Suresh (N.C. Bar No. 51022)
**ROBINSON, BRADSHAW & HINSON, P.A.**
434 Fayetteville Street, Suite 1600
Raleigh, North Carolina 27601
Tele: (919) 328.8820
Fax: (919) 328.8791
psuresh@rbh.com

Alfred J. Saikali (special appearance)
**SHOOK, HARDY & BACON L.L.P.**
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, FL 33131-4332
Telephone: (305) 358-5171
Fax: (305) 358-7470
asaikali@shb.com

Joshua L. Becker (special appearance)
**SHOOK, HARDY & BACON L.L.P.**
1230 Peachtree Street, Suite 1200
Atlanta, GA 30309
Telephone: (470) 867-6010
Fax: (470) 867-6001
jbecker@shb.com

*Counsel for Defendant Lumexa Imaging,Inc.*

W. Michael Dowling (N.C. Bar No. 42790)
**DOWLING PLLC**
P.O. Box 27843
Raleigh, NC 27611
Tel: (919) 529-3351
Fax: (919) 651-4631
Mike@dowlingfirm.com
Local Civil Rule 83.1(d) Attorney for Plaintiffs

Elliot Abrams (N.C. Bar No. 42639)
**CHESHIRE PARKER SCHNEIDER PLLC**
P. O. Box 1029
Raleigh, NC 27602
Tel: (919) 833-3114
Fax: (919) 832-0739
elliot.abrams@cheshirepark.com
Local Civil Rule 83.1(d) Attorney for Plaintiffs

*Interim Liaison Counsel*

*/s/ Jeff Ostrow*
Jeff Ostrow (special appearance)
**KOPELOWITZ OSTROW P.A.**
One W Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
Fax : (954) 525-4300
ostrow@kolawyers.com

Mariya Weekes
(admitted by special appearance)
**MILBERG, PLLC**
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
Tel: (866) 252-0878
mweekes@milberg.com

*Interim Co-Lead Class Counsel*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was filed using the CM/ECF document filing service which will electronically send notice of the filing to counsel on record.

Dated: November 16, 2026


*/s/ Scott Harris*
Scott C. Harris (N.C. Bar No.: 35328)
**BRYSON HARRIS, SUCIU & DEMAY PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Tele: (919) 600-5000
sharris@brysonpllc.com