**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

| | |
|---|---|
| *In re Lumexa Imaging Data Breach Litigation* | **Lead Case No.: 5:26-cv-00339-BO-RN** |

## ORDER GRANTING JOINT MOTION TO STAY CASE

THIS CAUSE came before the Court on the Parties' Notice of Settlement and Joint Motion To Stay Case ("Joint Motion"). Having reviewed the Joint Motion, being fully advised on its premises, and finding good cause exists, it is hereby **ORDERED** that:

1. The Joint Motion is **GRANTED**.

2. This action, including all pending deadlines, is **STAYED** pending the Court's consideration of the proposed settlement.

3. During the stay, all deadlines are suspended, including Defendant's deadline to respond to the Consolidated Class Action Complaint and any deadlines relating to case management, discovery, expert disclosures, or motion practice.

**DONE** and **ORDERED** this 19 day of November, 2026.

Terrence Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE